FILED
CLERK, U.S. DISTRICT COURT
12/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BREIANA ALYSA HENDERSON,<br><br>　　　　Defendant. | CR No. 2:22-cr-00613-KS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1701: Obstruction of Mails]<br><br>**[CLASS B MISDEMEANOR]** |

　　The United States Attorney charges:

[18 U.S.C. § 1701]

　　On or about February 14, 2021, in Los Angeles County, within the Central District of California, defendant BREIANA ALYSA HENDERSON knowingly and willfully obstructed and retarded the passage of mail, in that defendant HENDERSON obtained two $25 Amazon gift cards belonging to Ja.K. and Ju.K. that were contained in the United States mail and removed the gift cards from the United States mail

///

///

without them being delivered to Ja.K. and Ju.K.

                          E. MARTIN ESTRADA
                          United States Attorney

*/s/ signature*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Special Assistant United States Attorney
General Crimes Section